UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY LINDSAY,

    Plaintiff,

v.

Case No. 24-cv-10755
Hon. Matthew F. Leitman

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, *et al.*,

    Defendants.
_____/

### ORDER TERMINATING PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 14, 21) WITHOUT PREJUDICE

Now pending before the Court are Plaintiff Kimberly Lindsay's motion for summary judgment (ECF No. 14) and Defendant Health Alliance Plan of Michigan's motion for summary judgment (ECF No. 21).  After the parties filed those motions, they informed the Court that (1) they have resolved the federal component of this case and (2) they will be submitting dismissal papers to the Court by February 14, 2025. (*See* Dkt.)  Based on the parties' resolution of the federal component of this action, the Court **TERMINATES** both summary judgment motions **WITHOUT PREJUDICE** as moot.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: January 29, 2025    UNITED STATES DISTRICT JUDGE

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 29, 2025, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan  
                                            Case Manager  
                                            (313) 234-5126