UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KIMBERLY LINDSAY,

    Plaintiff,                        Case No. 24-cv-10755
                                           Hon. Matthew F. Leitman

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Dismissal by the parties, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: February 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2025, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126